O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINA ZUNIGA, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>GMAC MORTGAGE, LLC; RESIDENTIAL FUNDING REAL ESTATE HOLDINGS, LLC, Its successors and/or assigns, ETS SERVICES, LLC; and DOES 10 to 10, inclusive,<br><br>        Defendants.<br>_____ | ) Case No. CV 10-00518 DDP (RCx)<br>)<br>) **ORDER GRANTING DEFENDANT'S MOTION**<br>) **TO DISMISS WITH PREJUDICE**<br>) [Motion filed on May 14, 2010]<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    This matter comes before the Court on a motion to dismiss for failure to state a claim filed by the defendants GMAC Mortgage, LLC, Residential Funding Real Estate Holdings, LLC, and ETS Services, LLC (collectively "Defendants").

    On January 25, 2010, the plaintiff Bernardina Zuniga ("Plaintiff"), appearing pro se, filed a Complaint against Defendants alleging seven causes of action arising from a residential mortgage transaction: (1) wrongful foreclosure; (2) violation of the Truth in Lending Act, 15 U.S.C. § 1601 et seq.;

(3) violation of the California Rosenthal Act, Cal. Civ. Code § 1788 et seq.; (4) predatory lending; (5) fraud; (6) violation of the Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 et seq.; and (7) failure to provide a Spanish translation of loan documents, Cal. Civ. Code § 1632.

On May 14, 2010, Defendants filed this motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and noticed it for a hearing on June 21, 2010. Under Local Rule 7-9, any opposition to a motion must be filed no later than twenty-one days before the hearing. C.D. Cal. Civ. Local R. 7-9. Under Local Rule 7-12, the failure to file an opposition may be deemed consent to granting the motion. Id. 7-12. Because this motion was scheduled for a hearing on June 21, 2010, Plaintiff's opposition was due by no later than Tuesday, June 1, 2010.[1] As of the date of this order, Plaintiff has not filed anything in response to Defendants' motion.

Pursuant to Local Rule 7-12, the Court construes Plaintiff's failure to oppose the motion as consent to granting the motion. Therefore, Defendants' motion is GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: June 15, 2010

DEAN D. PREGERSON
United States District Judge

---

[1] The due date would have fallen on May 31, 2010, a court holiday; therefore, the deadline was continued until the end of the next day. Fed. R. Civ. P. 6(a)(1)(C).